# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GIROD TITLING TRUST

VERSUS

MARCUS L. PITTMAN, III

NO.  2023 CW 0604

**AUGUST 14, 2023**

---

In Re:    Marcus  L.  Pittman,  III,  applying  for  supervisory
          writs,  22nd  Judicial  District  Court,  Parish  of  St.
          Tammany, No. 2022-15610.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT DENIED.**

                          PMc
                          CHH
                          SMM

COURT OF APPEAL, FIRST CIRCUIT

_____
          q.Sn
      DEPUTY CLERK OF COURT
         FOR THE COURT